IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | CRIMINAL NO. **06-30006-WDS** |
| **AMID KENNEDY,** | ) ) ) | |
| Defendant. | ) | |

### ORDER

**PROUD, Magistrate Judge:**

Before the Court is Assistant Public Defender Renee E. Schooley's motion for leave to withdraw as counsel of record for defendant Kennedy, due to a conflict of interest. **(Doc. 11).**

**IT IS HEREBY ORDERED** that, for good cause shown, the subject motion **(Doc. 11)** is **GRANTED**. The Clerk of Court shall have the record reflect that Assistant Public Defender Renee E. Schooley and the Office of the Federal Public Defender are no longer attorneys of record for defendant Kennedy.

**IT IS FURTHER ORDERED** that substitute counsel shall be appointed to represent defendant Kennedy.

**IT IS SO ORDERED.**

**DATED: February 8, 2006**

                                                   **s/ Clifford J. Proud**
                                                   **CLIFFORD J. PROUD**
                                                   **U. S. MAGISTRATE JUDGE**